■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGELIO INNIS, Appellant. [3 NYS3d 583]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered May 23, 2013, as amended, July 15, 2013, convicting defendant, after a jury trial, of persistent sexual abuse, and sentencing him, as a predicate felony sex offender previously convicted of a violent felony, to a term of four years, unanimously affirmed.

The prosecution's summation comments about the absence of medical records provide no basis for reversal. The court thoroughly instructed the jury that a defendant has no burden of proof. The jury is presumed to have followed the court's instructions. Concur—Mazzarelli, J.P., DeGrasse, Richter and Feinman, JJ.